IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NIKOLIN KUTROLLI, )
GARIP KUTROLLI, and )
VALENTINA KUTROLLI )
    Plaintiff(s) )
  v. ) Civil Action No. 2:19-cv-00038-CB
DEWAYNE LOGAN, OMAR VANCE, )
NANCY VANCE, and )
VICTORY LANE EXPRESS, LLC, )
OTS TRUCKING, LLC )
    Defendant(s) )

## REPORT OF NEUTRAL

A __mediation__ session was held in the above captioned matter on __7/8/19__.

The case (please check one):
    **X**___ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: __7/9/19__          /s/ HON. DAMON J. FALDOWSKI, (RET.)
                                                        Signature of Neutral

Rev. 09/11